

3258 Camden Circle
front of house



3258 Camden Circle
front of house

Exh. C,                    )

# 3258 Camden Circle

Back

Upstairs



Stairs

← 9'5 →  1 Bed

← 9 ft →  1 Bed
↑ 8 ft ↓

← 7 ft 11 →

← 10 ft →  1 Bed

1 Bed  ↑ 8 ft ↓

Bath  ← 9 ft →

Front

Exh. C,

Case 7:07-cv-00061-F   Document 23-5   Filed 07/30/08   Page 2 of 42

# 3258 Camden Circle



Back

Downstairs

Living Room

Stairs

2 Beds

← 11ft →

← 16 ft →

Bath

Kitchen

2 Beds

← 12 ft →

Dinning Room

← 20ft →

Front

Exh. C,

Case 7:07-cv-00061-F    Document 23-5    Filed 07/30/08    Page 3 of 42



1/16" scale

Case 7:07-cv-00061-F    Document 23-5    Filed 07/30/08    Page 4 of 42



Legend
- all roads
- major roads
- lot dims
- parcels
- planned lots
- hydro

- BRHWCK
- CREEK
- DITCH
- ICWW
- LAKE
- MARSH
- HNC
- OCEAN
- PENDER
- RIVER
- SOUND
- Other

Created 05/01/03

Exh. C,
P.

Attachment A

## Group Home Supportive Conditional Permit

### 1. Site Plan

See Attachment One to this application.

### 2. Special Needs

Oxford House™ is a concept and system of operation begun in 1975. Based upon the first twelve years of the small network of individual Oxford Houses, the United States Congress included §2036 in PL 100-690, the federal Anti-Drug Abuse Act of 1988. The mandate included in §2036 required states to establish a $100,000 recovery house revolving loan fund in order to receive federal monies under the alcoholism, drug addiction and mental health block grant funds. Specifically, §2036 [as amended in 1993 and codified at 42USC 300x-25] reads as follows:

"Sec. 1925. Group Homes for Recovering Substance Abusers.

"(a) STATE REVOLVING FUNDS FOR ESTABLISHMENT OF HOMES. – For fiscal year 1993 and subsequent fiscal years, the Secretary may make a grant under section 1921 only if the State involved has established, and is providing for the ongoing operation of, a revolving fund as follows:

"(1) The purpose of the fund is to make loans for the costs of establishing programs for the provision of housing in which individuals recovering from alcohol or drug abuse may reside in groups of not less than 6 individuals. The fund is established directly by the State of through the provision of a grant or contract to a nonprofit private entity.

"(2) The programs are carried out in accordance with guidelines issued under subsection (b).

"(3) Not less than $100,000 is available for the fund.

"(4) Loans made from the revolving fund do not exceed $4,000 and each such loan is repaid to the revolving fund by the residents of the housing involved not later than 2 years after the date on which the loan is made.

"(5) Each such loan is repaid by such residents through monthly installments, and a reasonable penalty is assessed for each failure to pay such periodic installments by the date specified in the loan agreement involved.

"(6) Such loans are made only to nonprofit private entities agreeing that, in the operation of the program established pursuant to the loan –

"(A) The use of alcohol or any illegal drug in the housing provided by the program will be prohibited,

"(B) Any resident of housing who violates such prohibition will be expelled from the housing;

"(C) The costs of the housing, including fees for rent and utilities, will be paid by the residents of the housing; and

"(D) The residents of the housing will, through a majority vote of the residents, otherwise establish policies governing residence in the housing, including the manner in which applications for residence in the housing are approved.

"(b) ISSUANCE BY THE SECRETARY OF GUIDELINES. – The Secretary shall ensure that there are in effect guidelines under this subpart for the operation of programs described in subsection (a).

"(c) APPLICABILITY TO TERRITORIES. – The requirements established in subsection (a) shall not apply to any territory of the United States other than the Commonwealth of Puerto Rico.

The State of North Carolina, beginning in 1990, entered into annual contracts with Oxford House, Inc., the non-profit, 501(c)(3) corporation serving as the umbrella organization of the national network of Oxford Houses and sole authority for chartering the use of the concept and system of organization, to help establish a statewide network of Oxford Recovery Homes. Under the contract Oxford House, Inc. has employed outreach workers and a statewide coordinator in the state from the Jim Martin Administration to the current Michael Easley Administration. During that time period, more than 80 individual Oxford Houses have been established and operate year after year from one end of the state to the other. [A copy of the typical contract between Oxford House, Inc. and the state is Attachment 2.]

The legal mandate set forth in PL 100-690 was not only based upon the successful operation of several Oxford Houses™ between 1975 and 1988, but was also based upon the research and accepted treatment protocol for alcoholism and drug addiction. Simply stated the Oxford House concept and highly structured system of operation permit recovering alcoholics and drug addicts to master behavior that assures long-term abstinence from the use of any alcohol or drugs.

H. Westley Clark, M.D., J.D., M.P.H., CAS, FASAM, who is Director of the federal Center for Substance Abuse Treatment, states the following justification for such recovery homes:

Recovery from the disease of alcoholism or other drug addiction is often plagued by relapse – which is simply the use of alcohol or other addictive drugs following a period of abstinence. For those addicted to alcohol or other drugs, a relapse can trigger a return to uncontrolled drug use. The self-run, self-supported recovery house provides many recovering individuals effective relapse prevention because of (1) the support gained from living with other individuals coping with the same problem and (2) the knowledge that any use of alcohol or drugs will result in immediate expulsion.[1]

---

[1] "*Self-Run, Self-Supported Houses for More Effective Recovery from Alcohol and Drug Addiction*," Technical Assistance Publication (TAP) Series 5, U.S. Department of Health and Human Services, Washington, DC 1999.

Dr. George E. Vaillant, in his book *The Natural History of Alcoholism*, states the obvious goal in the treatment of alcoholism [or drug addiction] when he states that,

> The treatment of alcoholism should be directed toward altering an ingrained habit of maladaptive use of alcohol by:
> (1) offering the patient a nonchemical substitute dependency for alcohol,
> (2) reminding him ritually that even one drink can lead to pain and relapse,
> (3) repairing the social and medical damage that he has experienced, and
> (4) restoring self-esteem.[2]

Oxford House™ is a structured system of operation based on specific conditions and operational practices mandated by Oxford House, Inc. the national nonprofit umbrella organization having sole authority to authorize the utilization of the concept and system of operation underlying each chartered Oxford House. [See below "Plan of Supervision."] The complete design of the Oxford House concept and system of operation is to meet the special needs of individuals in recovery from alcoholism and drug addiction. For nearly a decade DePaul University in Chicago has studied the effect and effectiveness of the Oxford House self-run, self-supported recovery home model. The research team at DePaul has published a number of research papers about Oxford House. The following abstract of a 2001 article succinctly ties the special needs of the individuals living in an Oxford House to the need and effectiveness of Oxford Houses:

> After treatment for substance abuse, whether it is in hospital-based treatment programs, therapeutic communities, or recovery homes, many patients return to former high-risk environments or stressful family situations. Returning to these settings without a network of people to support abstinence increases chances of a relapse. As a consequence, substance abuse recidivism following treatment is high for both men and women. Alternative approaches need to be explored, and there are promising types of recovery homes. From a public health perspective, a series of studies conducted at DePaul University suggests one type of recovery home for alcohol abuse recovery has much potential. For example, within this self-help communal living setting, recovering alcoholics were able to maintain employment, thereby reducing their need for government subsidies. Maintaining employment for recovering alcoholics may promote increased personal responsibility, which may impact self-efficacy beliefs.[3]

[2] George E. Vaillant, *The Natural History of Alcoholism*, Harvard University Press, Cambridge, 1983, p. 300.

[3] *Oxford House: A Review of Research and Implications for Substance Abuse Recovery and Community Research*, Leonard A. Jason, Ph.D., Margaret I. Davis, Ph.D., Joseph R. Ferrari, Ph.D. and Peter D. Bishop, DePaul University, Chicago, Journal of Drug Education, Vol. 31(1) 1-27, 2001.

In summary, the "special needs" underlying establishment of Oxford Houses in Wilmington arise from the three factors discussed above: [1] the federal law requiring the state to encourage specific self-run, self-supported recovery homes based on the Oxford House model, [2] the 1990-2003 annual contracts between Oxford House, Inc. and the state of North Carolina to implement a statewide network of recovery homes throughout the state, and [3] the need and efficacy of the Oxford House model to enable the transformation of individuals addicted to alcohol and/or drugs into individuals who practice total abstinence without relapse.

### 3. Plan of Supervision

The Oxford House concept and system of operation has been time-tested over a period of twenty-eight years. It basically involves utilization of four specific tools: [1] the Oxford House charter [2] the *Oxford House Manual*© of operations, [3] the *Oxford House Chapter Manual*©, and [4] trained outreach workers to teach recovering individuals the system of operations and to monitor their adherence to the highly structured process. The Oxford House charter has three conditions and is initially granted to a group of six or more recovering individuals on a temporary basis. The charter's three basic conditions are that: [1] the group must be democratically self-run, [2] the group must be financially self-supporting, and [3] the group must immediately expel any resident who returns to using alcohol and/or drugs. An eligible group is granted a temporary charter for a period of six months. During the probationary period, the group must demonstrate that it has learned the standardized system of operation set forth in the *Oxford House Manual*© and the use of the required standard forms published by Oxford House, Inc. Upon the successful completion of the probationary period a group is granted a permanent charter that has the same three basic conditions.

In monitoring charter compliance -- both during the temporary period and thereafter -- the central Oxford House World Service Office reviews the progress of the individual house. In this regard the local Oxford House Chapter assists it. The chapter is a body established to enable the officers of clusters of individual houses in an area to share their experiences and to monitor compliance with the practices and procedures proscribed by Oxford House, Inc. -- the umbrella chartering organization. Charter enforcement by

Oxford House World Services and the local chapter is one element in the supervision of an Oxford House. The work of the outreach workers and statewide coordinator within the state supplement this level of supervision as well as providing specific supervision of the individual houses. The elected house officers carry out direct supervision within the individual Oxford House.[4]

Pursuant to the system of operations of Oxford House, five Oxford House officers are elected to terms of office limited to six months for the particular office. . Every Oxford House elects the following officers:

- [ ] President
- [ ] Treasurer
- [ ] Comptroller
- [ ] Secretary
- [ ] Coordinator

Each of the above officers has a specific role to play in making the Oxford House System of Operations work and since there is no time limit as to how long an individual can continue to live in an Oxford House, it is not unusual for an individual to hold all of the individual offices during his or her residence in an Oxford House.

The **President** presides at the weekly business meeting of the house. In that role he or she brings up items of business in a regular order, recognizes all the members wishing to comment on any issues, and conducts votes to determine the decision of the membership, when appropriate. Usually the President of an Oxford House will be one of two individuals whose signature will be required on each check written by the House. (The other signature required is generally that of the Treasurer.)[5] Finally, each of the house

---

[4] The description of officer duties that follows is in summary form. The individual houses get detailed descriptions far more specific and standard forms [meeting minutes, financial reports, etc] make the system far more structured in practice than the summary description indicates.

[5] Proper management of finances is very important in a self-run, self-supported recovery house. Two signatures are always required to write any checks. The money belongs to all the members of the house as a group and great care has to be taken to make certain it is expended only for expenditures authorized by the group.

Case 7:07-cv-00061-F    Document 23-5    Filed 07/30/08    Page 10 of 42

presidents exercises leadership by resolving disputes among house members, listens to individual members who have problems, and represents the entire house in monthly Chapter meetings where several Oxford Houses in a geographic area work with each other to assure the good name and high quality of all Oxford Houses.

The **Treasurer** has primary responsibility for maintaining the finances of an Oxford House in good order. The Treasurer keeps the checking account in balance, writes checks for timely payment of house bills, collects the rent and lets the members know the financial status of the house at every weekly business meeting. Most houses post the Treasurer's Weekly Report in a prominent place in the house so that each member can examine it at his or her leisure. There are no secrets when it comes to house finances.

The **Secretary** records minutes of each house business meeting. Those minutes are read at the next business meeting so that the group will be able to focus on unfinished business and continually keep track of house problems, policies and decisions. The Secretary also keeps track of applications for membership in the house, arranges interviews for applicants, and maintains a file of applicants accepted and rejected. After a house has been in existence a short period of time, the number of applications is likely to far exceed the number of spaces available.

The **Comptroller** is an assistant to the Treasurer and has primary responsibility for collecting weekly rent from the members of the house on time. Every self-run, self-supported recovery house charges each member the same amount of weekly rent and the amount of rent is an equal share of the house expenses. Because there is no "fat" in the weekly rent assessments, everybody must pay on time. Each week the entire house discusses what to do about any member's overdue rent. In general, most houses try to collect rent at least one week in advance of when it is due.

The **Coordinator** is -- in many ways -- the most important office in the house. He or she must assign and review weekly chores that every resident in the house must undertake to keep the house neat and clean. Because the offices are held for only six months, everyone tends to cooperate because each person knows he or she may be elected

Coordinator the next time around. Working together to keep a house clean is one of the ways house members learn responsibility and gain self-esteem.

Group decisions are made by majority vote, except with respect to admission of new members into the group. To admit a new member, an 80% favorable vote by existing members is needed. The purpose of the 80% vote is three-fold: (1) acceptance of a new member into the group involves a commitment by nearly everyone in the house and a newcomer should be assured a supportive environment when he or she moves in; (2) knowing that an 80% acceptance vote is needed, the newcomer will value his or her admission more than if admission were by a simple majority, and (3) an 80% admission vote forces thoughtful consideration by the entire house when a newcomer applies for admission.

The *Oxford House Manual*[o] provides guideposts for organization of an Oxford House. Within a matter of weeks the self-run, self-supported recovery house can be operating smoothly if organizational procedures are followed, including a business meeting in the house at least once a week. The importance of the weekly business meeting cannot be overstated. It not only serves to keep the members of a house up-to-date concerning the financial matters of the house but also serves as a place to resolve personality differences between house members. It also provides a forum in which peer pressure can be used to encourage each member to work his or her own 12-step program of recovery. In brief, the house meeting becomes an important opportunity for members to help each other keep on a steady course to develop a new comfortable lifestyle that is free of alcohol and drug use.

The most difficult -- and most important decision -- a self-run, self-supported recovery house has to make is whether or not a resident has returned to using alcohol or drugs. The decision is made at a meeting of the house residents. The facts are considered by the members -- all of who know about addiction from their own experiences -- and a vote is taken on whether or not a relapse has occurred. If a majority of the members vote that the resident has relapsed, he or she is must leave immediately.

Since recovering addicts are highly vulnerable to relapse, it is likely that many houses will have some members who relapse. Each member, however, realizes that the system works only if the relapser is expelled. The common welfare of the group in maintaining an alcohol and drug-free living environment is too great to risk by not expelling any individual at the first sign of a relapse. Moreover, each member knows that failure to expel a member who has used drugs or alcohol places the charter of their house at risk. Oxford House, Inc. makes it clear that a charter can be revoked if members who return to using are not expelled.

Once a member has been expelled, he or she is normally not accepted back into the same Oxford House. However, the member may be accepted into another Oxford House following a period of thirty days' sobriety. The expulsion of relapsers has a positive effect on both the relapser and the other members of the house. As painful as an expulsion may be, it is a judgment by one's peers. The peers themselves who make the difficult decision seem to have their own sobriety reinforced.

The democratic nature of the house organization, the written system of operations, the election of officers, the written traditions and the grant of the charter all work together to promote recovery through the exercise of responsibility. As the residents enjoy their recovery and realize the role that the self-run, self-supported recovery house has played in it, they help replicate the experience for others by starting another recovery house. The state agency, the state coordinator, Oxford House World Services and the chapters work together to develop and maintain a strong statewide network of Oxford Houses throughout the State of North Carolina.

### 4. License

There is no requirement of a license for an Oxford House.

# LAND DEVELOPMENT CODE AMENDMENT REQUEST

## APPLICATION TO AMEND THE LAND DEVELOPMENT CODE (CHAPTER 18)

The applicant requests that the City of Wilmington Land Development Code be amended as indicated below:

## Applicant Information

Name: Oxford House, Inc. *Greg Heafner*

Mailing Address: 1010 Wayne Ave., Suite 400

Silver Spring, MD 20910

Phone: (301) 587-2916       Fax: (301) 589-0302

Email: _____

Applicant Signature *Jeff Fox for Oxford House, Inc.*

## Action Requested

Article, Division, and Section of Land Development Code to be amended (be sure to include all applicable articles and sections): _____

Chapter 18, Article 5, Division II, Section 18-178.R-15; and

Chapter 18, Article 5, Division II, Section 18-179.R-10

Wording of proposed text amendment (attach additional sheets as necessary):

See Attachment A

_____

_____

_____

Explanation of impacts on the City as a whole and consistency with City plans and policies (Future Land Use Plan, corridor plans, Vision 2020: A Waterfront Downtown, etc.) (attach additional sheets as necessary):

See Attachment B

_____

_____

_____

RECEIVED   AUG 3 0 2006   PLANNING DIVISION

LDC-6-1106

*Exh. C₂*

# LAND DEVELOPMENT CODE AMENDMENT REQUEST

---

## Agent Form

Please make additional copies as necessary.

I/we, the applicant(s), hereby designate ___Greg Heafner *___ to serve as agent regarding this application, to receive and respond to administrative comments, to resubmit information on my behalf, and to represent me in any public meeting regarding this application.

Oxford House, Inc., by John Fox

**Name (please print)**

**Signature**

7/29/06

**Date**

Greg Heafner, Esq.
Stafford & Heafner, PLLC
308 W. Rosemary St., Ste. 303
Chapel Hill, NC 27516
(919) 967-3800
Attorney for Applicant

## Attachment A

Add the following language to both Sections 18-178.R-15 and 18-178.R-10 of Chapter 18, Article 5, Division II:

"Notwithstanding anything to the contrary in this Code, the properties located at 3258 Camden Circle and 2803 Market Street are allowed to operate as "group home supportive large" uses as long as the homes are chartered members of Oxford House, Inc. and are operated consistent with the Oxford House, Inc. model for persons recovering from alcoholism and/or drug addiction."

RECEIVED

AUG 3 0 2006

PLANNING DIVISION

LDC-6-1106

Exh. C₁

**Attachment B**

<u>Explanation of impacts on the City as a whole</u>:

Adoption of the proposed text amendment will have no impact on the City as a whole. The Oxford House at Camden Circle has been in existence and continuous operation for over twelve years, since 1994. The Oxford House on Market Street has been in existence and continuous operation for over eleven years, since 1995.

These two Oxford Houses have served the City without incident, and without any financial or administrative burden to the City. During this time these two Oxford Houses have provided a home to and facilitated the recovery of over an estimated one hundred individuals recovering from alcoholism and or drug addiction. These two Oxford Houses have conferred an invaluable benefit, free of charge to the City, for over a decade. The proposed text amendment seeks to allow the continuation of this benefit and the continued operation of these two Oxford Houses. The proposed text amendment affects only the two Oxford Houses located at 3258 Camden Circle and 2803 Market Street.

RECEIVED

AUG 3 0 2006

PLANNING DIVISION

<u>Consistency with City's plans and policies</u>:

The proposed amendment is consistent with the City's plans. Oxford Houses are permitted uses under the City's Code as "Group Home Supportive". The Code permits these types of uses which provide housing for recovering alcoholics and drug addicts.

The proposed amendment is also consistent with the City's policies. The City maintains a stated policy in its Code to allow for a reasonable accommodation pursuant to the Federal Fair Housing Act to disabled persons such as those residing in an Oxford House. Oxford House operates a unique program that is not the same as other providers of community based residential care for persons recovering from alcoholism and/or drug addiction. Although there are other "group homes" operating in the City, because Oxford House offers a unique program these other "group homes" do not provide the ameliorative benefit that Oxford House provides. Based on thirty years of experience and over one thousand homes across the country, Oxford Houses with 8 to 12 residents have proven to provide the optimal ameliorative benefit for their residents. Finding a home of the necessary size is a challenge in the City. Not all homes available for rent in the City are able to accommodate this number of residents. The properties located at Camden Circle and Market Street are uniquely qualified in this respect, and the proposed text amendment only affects these two properties.

LDC-6-1106
Exh. C,



# DEPAUL
# UNIVERSITY

Expert Report: **Leonard Jason, Ph.D.**
**DePaul University**

*Leonard Jason*

Center for Community Research
990 West Fullerton Avenue
Chicago, Illinois 60614-2458
FAX: 312/362-4923

Date: Dec. 3, 2006

**Opinion:**

Thank you for this opportunity to present my expert report for the current court case involving an Oxford House in Wilmington, North Carolina. In my professional opinion, after studying Oxford Houses for the past 14 years, I believe that Oxford Houses with more residents can provide more sustainable therapeutic benefits and can remain financially viable. In addition, Oxford Houses with 9 or more residents have several advantages over limiting the size to 8 or fewer residents. As you would expect, with more individuals in an Oxford House, it is easier for the members to pay the rent as there are more people to split the cost of monthly rent. Typically, residents of Oxford House do not have the financial means to pay for the cost of living and rent on their own due to the stage of their addiction when they become a resident of Oxford House, so need to pool these resources from a larger group. In addition, having more individuals allows members to learn from each other, and the more people with different types of backgrounds, the greater the ability for benefits from diversity. In our national data set, we found that larger houses establish themselves longer, suggesting that larger houses are more stable over time. Compared to smaller houses (8 or fewer members), individuals living in larger Oxford Houses (9 or more members) spent more time working; spent more time in school or training; were less likely to be on parole or probation; had fewer charges of disorderly conduct, vagrancy, or public intoxication; spent less time in jail; reported less lying, stealing, fighting; had fewer problems controlling violent behavior; reported fewer psychiatric, psychological, or emotional problems; had less severe alcohol or drug problems before moving into an Oxford House; and had longer lengths of cumulative sobriety. Overall, these findings indicate that compared to smaller houses, residents of larger Oxford Houses are better adjusted and more productive members of society. With larger number of residents in houses, Oxford House residents are more likely to get the types of therapeutic benefits that they need.

Some people may ask how effective is the Oxford House compared to the usual after care treatment. We recruited 150 people who are finishing substance abuse treatment at an alcohol and drug abuse facility in Illinois, as part of a grant from NIAAA (Jason, Olson, Ferrari, & LeSasso, 2006). Half were assigned to live in an Oxford House, while the other half received regular after-care services after leaving this facility. Each of these individuals was interviewed every six months for a two-year period of time. This study looked at the effects of Oxford House on recovering alcoholics' sobriety and their belief that they have the ability to maintain abstinence. We found that participants assigned to a communal living Oxford House compared to usual care condition had significantly less substance use and criminal involvement, and significantly better employment outcomes.

1

*Exh. C₁*

*P*

After tracking each group for 2 years, those in the Oxford House condition compared to the usual care condition had lower substance use (31.3% vs. 64.8%), higher monthly income ($989.40 vs. $440.00), and lower incarceration rates (3% vs. 9%). These findings suggest that there are significant public policy benefits for these types of lower cost, residential, non-medical, community-based care options for individuals with substance abuse problems.

Another study conducted by Jason, Roberts, and Olson (2005) investigated the attitudes of neighborhood residents toward a particular type of substance abuse recovery home (i.e., Oxford House). Individuals who lived next to these recovery homes versus those who lived a block away were assessed regarding their attitudes toward substance abuse recovery homes and individuals in recovery. As expected, the vast majority of those living next to a self-run recovery home knew of the existence of these recovery homes, whereas most residents living a block away did not know of their existence. Results from interviews indicated that those neighbors who lived next to a Oxford House versus those residents a block away had significantly more positive attitudes toward recovery homes, concerning the importance of substance abusing individuals being able to live in residential neighborhoods, about the importance of neighbors to provide a supportive environment to those in recovery, and regarding attitudes regarding a self-run recovery home on their block. In addition, property values for those next to recovery homes were not significantly different than those living a block away.

In the literature, a study by Segal and Darwin (1996) found that with regards to sheltered care facilities for the mentally ill, larger homes spent more on program activities for their residents. In the literature, it appears that group homes generally do not have a negative impact on communities (Cook, 1997) and group homes may actually increase property value in their neighborhoods (Aamodt & Chiglinksy, 1989). Community members frequently expect to have more problems with group homes than actually occur (Cook, 1997; McConkey, Walsh, & Conneally, 1993), and those who live closer to these facilities tend to have more favorable attitudes (Gale, Ng, & Rosenblood, 1988).

**Data used to inform my opinions:**

Aamodt, M.C., & Chiglinksy, M. (1989). A meta-analytic review of the effects of residential homes on neighborhood property values and crime rates. *Journal of Police and Criminal Psychology, 5,* 20-24.

Cook, J.R. (1997). Neighbors' perceptions of group homes. *Community Mental Health Journal, 33,* 287-299.

Ferrari, J.R., Jason, L.A., Davis, M.I., Olson, B.D., & Alvarez, J. (2004). Assessing similarities and differences in governance among residential recovery programs: Self vs. staff rules and regulations. *Therapeutic Communities: The International Journal for Therapeutic and Supportive Organizations, 25,* 185-198.

2

*Exh. C₁*

Received Fax :     Dec 04 2006 8:03AM     Fax Station :   Stafford & Heafner. PLLC          p. 4

12/04/2006   09:16     7733254923                    CENTER FOR CENTERS                    PAGE   04/26

Gale, C., Ng, C.F., Rosenblood, L. (1988). Neighborhood attitudes toward group homes for persons with mental handicaps. *Mental Retardation & Learning Disability Bulletin, 16*, 7-26.

Jason, L.A., Roberts; K., & Olson, B.D. (2005). Attitudes toward recovery homes and residents: Does proximity make a difference. *Journal of Community Psychology, 33, 529-535.*

Jason, L. A., Olson, B., Ferrari, J. R., & LoSasso, A.T. (2006). An evaluation of communal housing settings for substance abuse recovery. *American Journal of Public Health*, 91, 1727-1729.

McConkey, R., Walsh, P.N., & Conneally, S. (1993). Neighbours' reactions to community services: Contrasts before and after services open in their locality. *Mental Handicap Research, 6,* 131-141.

Segal, S.P., & Darwin, S. (1996). Sheltered care facility size and the social integration of mentally ill adults. *Adult Residential Care Journal, 10,* 75-87.

Exhibits used:

My qualifications:

Publications during the last 10 years

Papers:

Ferrari, J.R., Billows, W., & Jason, L.A. (1997). Matching the needs of the homeless with those of the disabled: Empowerment through caregiving. *Journal of Prevention and Intervention in the Community, 15,* 83-92.

Jason, L.A., Ropacki, M.T., Santoro, N.B., Richman, J.A., Heatherly, W., Taylor, R.R., Ferrari, J.R., Haney-Davis, T.M., Rademaker, A., Dupuis, J., Golding, J., Plioplys, A.V., & Plioplys, S. (1997). A screening scale for Chronic Fatigue Syndrome: Reliability and validity. *Journal of Chronic Fatigue Syndrome, 3,* 39-59.

Jason; L.A., Ferrari, J.R., Dvorchak, P.A., Groessl, E.J., & Malloy, J.P. (1997). The characteristics of alcoholics in self-help residential treatment settings: A multi-site study of Oxford House. *Alcoholism Treatment Quarterly, 15,* 53-63.

Jason, L.A., Salina, D.D., McMahon, S.D., Hedeker, D., & Stockton, M. (1997). A worksite smoking intervention: A 2 year assessment of groups, incentives, and self-help. *Health Education Research. Theory and Practice, 12,* 129-138.

3

*Exh. C,*

*P*

Jordan, K., Kolak, A., & Jason, L.A. (1997). Research with children and adolescents with Chronic Fatigue Syndrome: Methodologies, designs, and special considerations. *Journal of Chronic Fatigue Syndrome, 3*, 3-13.

Rosenthal, S., Camacho, J., Howard, C., Jason, L., Lerman, A., Cantillon, D., & Purnell, T. (1997). The final solution? *The Community Psychologist, 30*, 15-16.

Ferrari, J.R., & Jason, L.A. (1997). A study of long-term volunteer caregiving to persons with CFS: Perceived stress vs. Satisfaction. *Rehabilitation Counseling Bulletin, 40*, 240-250.

Jason, L.A., Ferrari, J.R., Smith, B., Marsh, P., Dvorchak, P.A., Groessl, E.J., Pechota, M.E.,Curtin, M., Bishop, P.D., Kot, E., & Bowden, B.S. (1997). An exploratory study of male recovering substance abusers living in a self-help, self-governed setting. *Journal of Mental Health Administration, 24*, 332-339.

Jason, L.A., Richman, J.A., Friedberg, F., Wagner, L., Taylor, R.R., & Jordan, K.M. (1997). Politics, science, and the emergence of a new disease: The case of Chronic Fatigue Syndrome. *American Psychologist, 52*, 973-983.

Stockon, M.C., McMahon, S.D., & Jason, L.A. (1997). The health belief model and worksite smoking cessation. *Journal of Psychology and the Behavioral Sciences, 11*, 69-79.

Jason, L.A., & Barnes, H.E. (1997). Substance abuse prevention: Beyond the schoolyard. *Applied and Preventive Psychology, 6*. 211-220.

King, C.P., Jason, L.A., Frankenberry, E.L., Jordan, K.M., & Tryon, W. (1997). Managing chronic fatigue syndrome through behavioral monitoring of energy levels and fatigue: A case study demonstration of the envelope theory. *The CFIDS Chronicle, 10*, 10-14.

Jason, L.A., Tryon, W., Frankenberry, E., & King, C. (1997). Chronic Fatigue Syndrome: Relationships of self-ratings and actigraphy. *Psychological Reports, 81*, 123-1226.

Wagner, L.I., & Jason, L.A. (1997). Occupational stressors in nursing and physical health outcome: Chronic Fatigue Syndrome related symptoms among nurses. *Nursing Connections, 10*, 41-49.

Bishop, P.D., Chertok, L., & Jason, L.A. (1997). Measuring sense of community: Beyond local boundaries. *Journal of Primary Prevention, 18*, 193-212.

Ferrari, J.R., Curtin-Davis, M., Dvorchak, P., and Jason, L.A. (1997). Recovering from alcoholism in communal-living settings: Exploring the characteristics of African American men and women. *Journal of Substance Abuse, 9*, 77-87.

4

*Exh. C,*

*Page ?*

Jordan, K.M., Landis, D.A., Downey, M.C., Osterman, S.L., Thurm, A.E., & Jason, L.A. (1998). Chronic Fatigue Syndrome in children and adolescents: A review. *Journal of Adolescent Health, 22,* 4-18.

Jason, L.A. (1998). Dr. Jason goes to Washington: A tale of advocating for tobacco reform. *The Community Psychologist, 31,* 27-30.

Fennell, P.A., Jason, L.A., & Klein, S.M. (1998). Capturing the different phases of the CFS illness. *The CFIDS Chronicle, 11,* 13-16.

Jason, L.A., & Wagner, L.I. (1998). Chronic fatigue syndrome among nurses. *American Journal of Nursing. 98,* 16B-16H.

Camacho, J., & Jason, L.A. (1998). Psychosocial factors show little relationship to chronic fatigue syndrome recovery. *Journal of Psychology and the Behavioral Sciences, 12,* 60-70.

Jason, L.A. (1998). Tobacco, drug, and HIV preventive media interventions. *American Journal of Community Psychology. 26,* 145-187.

Davis, T.H., Jason, L.A., & Banghart, M.A. (1998). The effect of housing on individuals with multiple chemical sensitivities. *Journal of Primary Prevention, 19,* 31-42.

Jung, R.S., & Jason, L.A. (1998). Job interview social skills training for Asian-American Immigrants. *Journal of Human Behavior in the Social Sciences. 14,* 11-25.

Jason, L.A., Richman, J.A., Friedberg, F., Wagner, L., Taylor, R.R., & Jordan, K.M. (1998). More on the biopsychosocial model of chronic fatigue syndrome. *American Psychologist, 53,* 1080-1081.

Jason, L.A., Wagner, L., Rosenthal, S., Goodlatte, J., Lipkin, D., Papernik, M., Plioplys,S., & Plioplys, A.V. (1998). Estimating the prevalence of chronic fatigue syndrome among nurses. *The American Journal of Medicine, 105*(3A), 91S-93S.

Warren-Sohlberg, L., Jason, L.A., Weine, A.M., Lantz, G.D., & Reyes, O. (1998). Implementing and evaluating preventive programs for high-risk transfer students. *Journal of Educational and Psychological Consultation, 9,* 307-324.

Jason, L.A., Biglan, A., & Katz, R. (1998). Implications of the tobacco settlement for the prevention of teenage smoking. *Children's Services: Social Policy, Research, and Practice, 1,* 63-82.

McMahon, S.D., Jason, L.A. (1998). Stress and coping in smoking cessation: A longitudinal examination. *Anxiety, Stress, and Coping: An International Journal, 11,* 327-343.

5

Exh. C,

p.

Taylor, R.R., & Jason, L.A. (1998). Comparing the DIS with the SCID: Chronic fatigue syndrome and psychiatric comorbidity. *Psychology and Health: The International Review of Health Psychology, 13,* 1087-1104.

Bishop, P.D., Jason, L.A., Ferrari, J.R., & Cheng-Fang, H. (1998). A survival analysis of communal-living, self-help, addiction recovery participants. *American Journal of Community Psychology, 26,* 803-821.

Wagner-Raphael, L.I., Jason, L.A., & Ferrari, J. R. (1999). Chronic fatigue syndrome, chronic fatigue, and psychiatric disorders: Predictors of functional status among a national nursing sample. *Journal of Occupational Health Psychology, 4,* 63-71.

Jason, L.A., Jordan, K.M., Richman, J.A., Rademaker, A.W., Huang, C., McCready, W., Shlaes, J., King, C.P., Landis, D., Torres, S., Haney-Davis, T., & Frankenberry, E.L. (1999). A community-based study of prolonged and chronic fatigue. *Journal of Health Psychology, 4,* 9-26.

Jason, L.A., Melrose, H., Lerman, A., Burroughs, V., Lewis, K., King, C.P., & Frankenberry, E.L. (1999). Managing chronic fatigue syndrome: Overview and case study. *AAOHN Journal, 47,* 17-21.

Jason, L.A., King, C.P., Frankenberry, E.L., Jordan, K.M., Tryon, W.W., Rademaker, F., & Huang, C-F. (1999). Chronic fatigue syndrome: Assessing symptoms and activity level. *Journal of Clinical Psychology, 55,* 411-424.

Jason, L.A., Burk, M., Schnopp-Wyatt, D.L., & Talbot, B. (1999). Effects of enforcement of youth access laws on smoking prevalence. *American Journal of Community Psychology, 27,* 143-160.

Ferrari, J.R., Jason, L.A., Nelson, R., Curtin-Davis, M., Marsh, P., & Smith, B. (1999). An exploratory analysis of women and men within a self-help, communal-living recovery setting: A new beginning in a new house. *American Journal of Drug and Alcohol Abuse, 25,* 305-317.

Jason, L.A., Taylor, R.R., King, C., Song, S., Torres, S. Jahn, S., Fricano, G., Van der Eb, C.W. (1999). Community based services for people with chronic fatigue syndrome. *Amercan Association for Chronic Fatigue Syndrome Newsletter,* May, 2.

Bartha, L., Baumzweiger, W., Buscher, D.S., Callender, T., Dahl, K.A., Davidoff, A., Donnay, A., Edelson, S.B., Elson, B.D., Elliott, E., Flayhan, D.P., Heuser, G., Keyl, P.M., Kilburn, K.H. Gibson, P., Jason, L.A., et al. ((1999). Multiple chemical sensitivity: A 1999 Consensus. *Archives of Environmental Health, 54,* 147-149.

6

Exh. C,

?.

Jason, L.A., Katz, R., Vavra, J., Schnopp-Wyatt, D.L., & Talbot, B. (1999). Long term follow-up of youth access to tobacco law's impact on smoking prevalence. *Journal of Human Behavior in the Social Environment, 2*, 1-13.

Taylor, R.R., & Jason, L.A. (1999). Psychiatric aspects of chronic fatigue syndrome. *Psychiatric Times, 16*, 20-26.

Jason, L.A., Taylor, R.R., Plioplys, S., & Stepanek, Z. (1999). Study compares medical trainees' reactions to three names for CFS. *The CFIDS Chronicle, 12*, 18-19.

Jason, L..A. (1999). A perspective on epidemiology. *American Association for Chronic Fatigue Syndrome Newsletter*, Feb., 1,7.

Jason, L.A., Tryon, W.W., Taylor, R.R., King, C., Frankenberry, E.L., & Jordan, K.M. (1999). Monitoring and assessing symptoms of chronic fatigue syndrome: Use of time series regression. *Psychological Reports, 85*, 121-130.

Jason, L.A., & Fricano, G. (1999). Testifying at a congressional hearing on the tobacco settlement. *Professional Psychology: Research and Practice, 30*, 372-377.

Jason, L.A., Fennell. P. A. , Klein, S., Fricano, G., Halpert, J., & Taylor, R.R. (1999). An investigation of the different phases of the CFS illness. *The Journal of Chronic Fatigue Syndrome, 5*, 35-54..

Jason, L.A., King, C. P., Richman, J.A., Taylor, R.R., Torres, S.R., & Song, S. (1999). U.S. case definition of chronic fatigue syndrome: Diagnostic and theoretical issues. *The Journal of Chronic Fatigue Syndrome, 5*, 3-33:

Taylor, R.R., & Jason, L.A. (1999). Assessment and treatment of chronic fatigue syndrome. *Medicine & Behavior, 2*, 25-27.

Jason, L.A., & Brackshaw, E. (1999). Case study: Reducing TV viewing and corresponding increases in physical activity and subsequent weight loss. *Journal of Behavior Therapy & Experimental Psychiatry, 30*, 145-151.

Jason, L.A., Richman, J.A., Rademaker, A.W., Jordan, K.M., Plioplys, A.V., Taylor, R.R., McCready, W., Huang,C., & Plioplys, S. (1999). A community-based study of chronic fatigue syndrome. *Archives of Internal Medicine, 159*, 2129-2137.

Shlaes, J. L., Jason, L.A., & Ferrari, J.R. (1999). The development of the Chronic Fatigue Syndrome Attitudes Test: A Psychometric Analysis. *Evaluation and the Health Professions, 22*, 442-465.

Jason, L.A., Taylor, R.R., Song, S., Kennedy, C., & Johnson, D. (1999). Dangers in collapsing disparate syndromes. [Letter to the Editor]. *The Lancet, 354*, 2079-2080.

7

*Exh. C₁*

*P.*

Song, S., Jason, L.A., & Taylor, R.R. (1999). The relationship between ethnicity and fatigue in a community-based sample. *Journal of Gender, Culture, and Health, 4,* 255-268.

Jason, L.A. (1999). Integrating cognitive-behavioral therapy and envelope theory in the treatment of a person with CFS. *Cognitive and Behavior Practice, 6,* 429-436.

Fennell, P., Graham, E., Jason, L.A., & Taylor, R.R. (2000). The healing journey: Benefits of retreats. *The CFIDS Chronicle, 13,* 14-15.

Jason, L.A., Taylor, R.R., Kennedy, C.L., Song, S., Johnson, D., & Curie, C.J. (2000). Shattering the myths: Recommendations from a community-based study. *The CFS Research Review, 1,* 4-5.

Richman, J.A., Jason, L.A., Taylor, R.R., & Jahn, S.C. (2000). Feminist perspectives on the social construction of illness states. *Health Care for Women International, 21,* 173-185.

McMahon, D., S., & Jason, L.A. (2000). Social support in a worksite smoking intervention: A test of theoretical models. *Behavior Modification, 24,* 184-201.

Jordan, K. M., Ayers, P. A., Jahn, S. C., Taylor, K. K., Huang, C. F., Richman, J. A., & Jason, L. A. (2000). Prevalence of fatigue and chronic fatigue syndrome-like illness in children and adolescents. *Journal of Chronic Fatigue Syndrome, 6,* 3-21.

Jason, L.A., Fennell, P. A., Taylor, R.R., Fricano, G., & Halpert, J.A. (2000). An empirical verification of the Fennell phases of the CFS illness. *The Journal of Chronic Fatigue Syndrome, 6,* 47-56.

Stockton, M.C., McMahon, S.D., & Jason, L.A. (2000). Gender and smoking behavior in a worksite smoking cessation program. *Addictive Behaviors, 25,* 347-360.

Jason, L.A., Katz, R., Pokorny, S.B., Engstrom, M., Tegart, G., & Curie, C. (2000). The relationship between youth tobacco control enforcement and crime rates in a midwestern county. *American Journal of Health Promotion, 14,* 229-231.

Pesek, J.R., Jason, L.A., & Taylor, R.R. (2000). An empirical investigation of the envelope theory. *Journal of Human Behavior in the Social Environment, 3,* 59-77.

Taylor, R.R., Jason, L.A., & Torres, A. (2000). Fatigue rating scales: An empirical comparison. *Psychological Medicine, 30,* 849-856.

Jason, L.A., Engstrom, M. D., Pokorny, S.B., Tegart, G., & Curie, C.J. (2000). Putting the community back into prevention: Think locally, act globally. *The Journal of Primary Prevention, 21,* 25-29.

8

*Exh. C,*
*P.*

Katz, R., & Jason, L.A. (2000). Youth access to tobacco laws: A survey of municipality government officials attitudes about youth access to tobacco laws. *Journal of Rural Community Psychology, E3*(1), 1-9.

Jason, L.A., Taylor, R.R., Kennedy, C.L., Jordan, K., Song, S., Johnson, D., & Torres, S. (2000). Chronic fatigue syndrome: Sociodemographic subtypes in a community-based sample. *Evaluation and the Health Professions, 23*, 243-263.

Jason, L.A., Taylor, R.R., & Kennedy, B.A. (2000). Chronic fatigue syndrome, Fibromyalgia, and Multiple Chemical Sensitivities in a community-based sample of persons with chronic fatigue syndrome-like symptoms. *Psychosomatic Medicine, 62*, 655-663.

Jason, L.A., Taylor, R.R., Kennedy, C.L., Song, S., Johnson, D., & Torres, S. (2000). Chronic fatigue syndrome: Occupation, medical utilization, and subtypes in a community based sample. *The Journal of Nervous and Mental Disease, 188*, 568-576.

Jason, L.A., Fricano, G., Taylor, R.R., Halpert, J., Fennell, P.A., Klein, S., & Levine, S. (2000). Chronic fatigue syndrome: An examination of the phases. *Journal of Clinical Psychology, 56*, 1497-1508.

Jason, L.A., King, C.P., Taylor, R.R., & Kennedy, C. (2000). Defining chronic fatigue syndrome: Methodological challenges. *Journal of Chronic Fatigue Syndrome, 7*, 17-32.

Pokorny, S.B., Engstrom, M.D., Curie, C., & Jason, L.A. (2000). On shaping youth access policy: Lessons from the field. *The Community Psychologist, 33*, 33-36.

Jason, L.A., Pokorny, S., & Katz, R. (2001). Passive versus active consent: A case study in school settings. *Journal of Community Psychology, 29*, 53-68.

Jason, L.A., Taylor, R.R., Stepanek, Z., & Plioplys, S. (2001). Attitudes regarding chronic fatigue syndrome: The importance of a name. *Journal of Health Psychology, 6*, 61-71.

Jason, L.A. (2001). Working with an ambiguous illness. *Psychological Science Agenda, 14*, 8-9.

Friedberg, F., & Jason, L.A. (2001). Chronic fatigue syndrome and fibromyalgia: Clinical assessment and treatment. *Journal of Clinical Psychology, 57*, 433-455.

Jason, L.A., Davis, M.I., Ferrari, J.R., & Bishop, P.D. (2001). Oxford House: A review of research and implications for substance abuse recovery and community research. *Journal of Drug Education, 31*, 1-27.

Jason, L.A., Kolak, A.M., Purnell, T., Cantillon, D., Camacho, J.M., Klein, S., & Lerman, A. (2001). Collaborative ecological community interventions for people with

9

Exh. C,

P.

chronic fatigue syndrome. *Journal of Prevention and Intervention in the Community, 21*, 35-52.

McMahon, S.D., King, C., Mautz, B., Jason, L.A., Rossi, J.S., & Redding, C.A. (2001). Worksite smoking cessation interventions: A future direction. *The Journal of Primary Prevention, 22*, 103-119.

Jason, L.A. (2001). Emory Cowen--A man of action. *The Journal of Primary Prevention, 22*, 83-84.

Jason, L.A., Taylor, R.R., & Carrico, A.W. (2001). A community based study of seasonal variation in the onset of chronic fatigue syndrome and idiopathic chronic fatigue. *Chronobiological International, 18*, 315-319.

Taylor, R.R., Jason, L.A., Kennedy, C.L., & Friedberg, F. (2001). Effect of physician-recommended treatment on mental health practitioners' attributions for chronic fatigue syndrome. *Rehabilitation Psychology, 46*, 165-177.

Taylor, R.R., Jason, L.A., & Schoeny, M.E. (2001). Evaluating latent variable models of functional somatic distress in a community-based sample. *Journal of Mental Health, 10*, 335-349.

Jason, L.A., Taylor, R.R., Kennedy, C.L., Song, S., Johnson, D., & Torres, S. (2001). Chronic fatigue syndrome: Comorbidity with Fibromyalgia and psychiatric illness. *Medicine & Psychiatry, 4*, 29-34.

Jason, L.A., Taylor, R.R., Kennedy, C.L., Harding, S.T., Song, S., Johnson, D., Chimata, R. (2001). Subtypes of chronic fatigue syndrome: A review of findings. *Journal of Chronic Fatigue Syndrome, 8*, 1-21.

Jason, L.A., & Taylor, R.R. (2001). Measuring attributions about chronic fatigue syndrome. *Journal of Chronic Fatigue Syndrome, 8*, 31-40.

Richman, J.A. & Jason, L.A. (2001). Gender biases underlying the social construction of illness states: The case of chronic fatigue syndrome. *Current Sociology 49*, 15-29.

Pokorny, S.B., Jason, L.A., Schoeny, M., Townsend, S.M., & Curie, C.J. (2001). Do participation rates change when active consent procedures replace passive consent. *Evaluation Review, 25*, 567-580.

Pokorny, S.B., Jason, L.A., Schoeny, M., Curie, C.J., & Townsend, S.M. (2001). Eliminating invalid self-report survey data. *Psychological Reports, 89*, 166-168.

Jason, L.A., Kennedy, C., & Taylor, R.R. (2001). Development and evaluation of a web based classroom. *Journal of Instructional Psychology, 28*, 155-160.

Exh. C,
P.

10

Jason, L.A., Reichler, A., King, C., Madsen, D., Camacho, J., & Marchese, W. (2001). The measurement of wisdom: A preliminary effort. *Journal of Community Psychology*, 29, 585-598.

Taylor, R.R., & Jason, L.A. (2001). Sexual abuse, physical abuse, chronic fatigue, and chronic fatigue syndrome: A community-based study. *The Journal of Nervous and Mental Disease, 189,* 709-715.

Jason, L.A., Torres-Harding, S.R., Taylor, R.R., & Carrico, A.W. (2001). A comparison of the 1988 and 1994 diagnostic criteria for chronic fatigue syndrome. *Journal of Clinical Psychology in Medical Settings,* 8, 337-343.

Jason, L.A., Eisele, H., & Taylor, R.R. (2001). Assessing attitudes toward new names for chronic fatigue syndrome. *Evaluation and the Health Professions,* 24, 424-435.

Jason, L.A., Torres-Harding, S.R., Carrico, A.W., & Taylor, R.R. (2002). Symptom occurrence in persons with chronic fatigue syndrome. *Biological Psychology, 59,* 15-27.

Jason, L.A. (2002). A review of Kim Snyder's new film: "I remember me": Perpetuating the myth. *The National Forum, 5,* 21-23.

Song, S., Jason, L.A., Taylor, R.R., Torres-Harding, S.R., Helgerson, J., & Witter, E. (2002). The association between fatigue, age and gender in a diverse community-based sample. *Journal of Black Psychology. 28, 53-65.*

Jason, L.A., Pratt, T., Ware, C., Chimata, R., Bangi, A., & Johnson, D. (2002). Social activists: Lessons for community psychology. *International Journal of Group Tensions,* 31. 103-122.

Taylor, R.R., Jason, L.A., & Curie, C.J. (2002). The prognosis of chronic fatigue in a community-based sample. *Psychosomatic Medicine, 64,* 319-327.

Jason, L.A., Taylor, R.R., Plioplys, S., Stepanek, Z., & Shlaes, J. (2002). Evaluating Attributions for an illness based upon the name: Chronic fatigue syndrome, myalgic encephalopathy, and Florence Nightingale Disease. *American Journal of Community Psychology, 30, 133-148.*

Jason, L.A., Taylor, R.R., Kennedy, C.L., Jordan, K., Huang, C., Torres-Harding, S., Song, S., & Johnson, D. (2002). A factor analysis of chronic fatigue symptoms in a community-based sample. *Social Psychiatry and Psychiatric Epidemiology, 37, 183-189.*

Torres-Harding, S.R., Jason, L.A., & Taylor, R.R. (2002). Fatigue severity, attributions, medical utilization, and symptoms in persons with chronic fatigue. *Journal of Behavioral Medicine, 25 (2),* 99-113.

11

Exh. C,
P.

Jason, L.A., & Holbert, C. M. (2002). In search of the Holy Grail: Affordable housing. *The Community Psychologist, 35,* 29-30.

Glenwick, D.S. & Jason, L. A. (2002). Behaviorism and community psychology: A commentary on Fyson. *The Community Psychologist, 35.* 36-37.

Jason, L.A., & Taylor, R.R. (2002). Applying cluster analysis to define a typology of chronic fatigue syndrome in a medically-evaluated, random community sample. *Psychology and Health, 17,* 323-337.

Olson, B.D., Jason, L.A., d'Arlach, L., Ferrari, J.R., Alvarez, J., Davis, M. I., Olabode-Dada, O., Horin, E., Oleniczak, J., Cooper, D., Burger, T., Curtis, C., Flynn, A., Sasser, K. & Viola, J. (2002). Oxford House, Second-Order Thinking, and the Diffusion of Systems-Based Innovations. *The Community Psychologist. 35, 21-22.*

Taylor, R.R. & Jason, L.A. (2002). Chronic fatigue, abuse-related traumatization, and psychiatric disorders in a community-based sample. *Social Science & Medicine, 55,* 247-256.

Jason, L.A., Curie, C.J., Townsend, S.M., Pokorny, S.B., Katz, R.B., & Sherk, J.L. (2002). Health promotion interventions. *Child & Family Behavior Therapy, 24,* 67-82.

Torres-Harding, S.R., Jason, L.A., Cane, V., Carrico, A., & Taylor, R.R. (2002). Physicians' diagnoses of psychiatric disorders for persons with chronic fatigue syndrome. *The International Journal of Psychiatry in Medicine, 32,* 109-24.

Majer, J.M., Jason, L.A., Ferrari, J.R., & North, C.S. (2002). Comorbidity among Oxford House residents: A preliminary outcome study. *Addictive Behaviors, 27,* 837-845.

Friedberg, F., & Jason, L.A. (2002). Selecting a fatigue rating scale. *The CFS Research Review, 3,* 5-7, 11.

Jason, L.A., Pokorny, S.B., Curie, C.J., Townsend, S. M. (2002). Introduction: Preventing youth access to tobacco. *Journal of Prevention & Intervention in the Community. 24,* 1-13.

Pokorny, S.B., Townsend, S.M., Jason, L.A., Lautenschlager, H., Smith, R. (2002). Measuring the quality of laws limiting youth access to tobacco. *Journal of Prevention & Intervention in the Community,* 24, 15-27.

Engstrom, M., Jason, L.A., Townsend, S.M., Pokorny, S.B., & Curie, C.J. (2002). Community readiness for prevention: Applying stage theory to multi-community interventions. *Journal of Prevention & Intervention in the Community. 24, 29-46.*

Townsend, S.M., Pokorny, S.B., Jason, L.A., Curie, C.J., Schoeny, M.E. (2002). An assessment of the relationship between the quality of school-based tobacco prevention

12

*Exh. C,*
*P.*

programs and youth tobacco use.   *Journal of Prevention & Intervention in the Community, 24, 47-61.*

Curie, C.J., Pokorny, S.B., Jason, L.A., Schoeny, M.E., Townsend, S.M. (2002). An examination of factors influencing illegal tobacco sales to minors. *Journal of Prevention & Intervention in the Community, 24, 63-76.*

Ji, P.Y., Pokorny, S.B., Blaszkowski, E., Jason, L.A., & Rabin-Belyaev, O. (2002). Examining risks for minors participating in tobacco purchase attempts. *Journal of Prevention & Intervention in the Community, 24, 77-85.*

Jason, L.A., Pokorny, S.B., Schoeny, M.E. (2002). A response to the critiques of youth access to tobacco programs. *Journal of Prevention & Intervention in the Community, 24,* 87-95.

Jason, L.A., Suarez-Balcazar, Y., Durlak, J., Taylor, R.R., Davis, M.,., Keys, C.B.,. Isenberg, D., Sharma, A., & Tegart, G. (2002). The Second Chicago Conference on Community Research: Participatory methods. *The Community Psychologist, 35, 15-17.*

Majer, J.M., Jason, L.A., Ferrari, J.R., Venable, L.B., & Olson, B.D. (2002). Social support and self-efficacy for abstinence: Is peer identification an issue? *Journal of Substance Abuse Treatment, 23, 209-215.*

Perry, C.L., Komro, K.A., Jones, R.M., Munson, K., Williams, C.L. & Jason, L.A. (2002). The measurement of wisdom and its relationship to adolescent substance use and problem behaviors. *Journal of Child & Adolescent Substance Abuse, 12, 45-63.*

Taylor, R.R., & Jason, L.A. (2002). Group intervention involving a client with chronic fatigue syndrome: A clinical case study. *Clinical Case Studies, 1, 183-210.*

Jason, L.A., Taylor, R.R., Kennedy, C.L., Jordan, K.M., Song, S., Johnson, D., & Torres-Harding, S. (2003). Chronic fatigue syndrome: Symptom subtypes in a community based sample. *Women & Health. 37, 1-13.*

Jason, L.A., Helgerson, J., Torres-Harding, S.R., Carrico, A.W., & Taylor, R.R. (2003). Variability in diagnostic criteria for chronic fatigue syndrome may result in substantial differences in patterns of symptoms and disability. *Evaluation and the Health Professions, 26, 3-22.*

Jason, L.A., Pokorny, S.B., & Schoeny, M.E. (2003). Evaluating the effects of enforcements and fines on youth smoking. *Critical Public Health, 13, 33-45.*

Jason, L.A., Fricano, G., & Klein, S. M. (2003). Relevance of phase theory to chronic fatigue syndrome. *Psychology and Education – an Interdisciplinary Journal, 40, 20-26.*

Exh. C,
P.

13

Pokorny, S.B., Jason, L.A., & Schoeny, M.E. (2003). The relations of retail tobacco availability to initiation and continued cigarette smoking. *Journal of Clinical Child and Adolescent Psychology, 32,* 193-204.

Jason, L.A., Witter, E., & Torres-Harding, S. (2003). Chronic fatigue syndrome, coping, optimism, and social support. *Journal of Mental Health, 12,* 109-118.

Major, J.M., Jason, L.A., Ferrari, J.R., Olson, B.D., & North, C.S. (2003). Is Self-Mastery always a helpful Resource? Coping with paradoxical findings in relation to optimism and abstinence self-efficacy. *The American Journal of Drug and Alcohol Abuse, 29, 385-400.*

Jason, L. A., Pokorny, S. B. & Schoeny, M. E. (2003). It is premature to abandon youth access to tobacco programs. *Pediatrics.* 111(4 Pt 1), 920-921.

Olson, B.D., Curtis, C. E., Jason, L. A., Ferrari, J. R., Horin, E. V., Davis, M. I., Flynn, A. M., & Alvarez, J. (2003). Physical and sexual trauma, psychiatric symptoms, and sense of community among women in recovery: Toward a new model of shelter aftercare. *Journal of Prevention and Intervention in the Community, 26,* 67-80.

Jason, L.A., Plioplys, A.V., Torres-Harding, S., & Corradi, K. (2003). Comparing symptoms of chronic fatigue syndrome in a community-based versus tertiary care sample. *Journal of Health Psychology, 8, 459-464.*

Reeves, W.C., Lloyd, A., Vernon, S.D., Klimas, N., Jason, L., Bleijenberg, G., Evengard, B., White, P.D., Nisenbaum, R., Unger, E.R.(2003). Identification of ambiguities in the 1994 chronic fatigue syndrome research case definition and recommendations for resolution. *BMC Health Services Research, 3,* 25. (http://www.biomedcentral.com/content/pdf/1472-6963-3-25.pdf)

Jason, L.A., Olson, B.D., Ferrari, J.R., Layne, A., Davis, M.I., Alvarez, J. (2003). A case study of self-governance in a drug abuse recovery home. *North American Journal of Psychology, 5,* 499-514.

Jason, L.A., Pokorny, S.B., Sherk, J.L., Helzing, D.M., & Rebus, P.J. (2003). Selling tobacco to minors: Can merchants accurately determine a customer's age? *Journal of Human Behavior in the Social Environment, 8,* 67-73.

Taylor, R.R., Jason, L.A., & Jahn, S.C. (2003). Chronic fatigue and sociodemographic characteristics as predictors of psychiatric disorders in a community-based sample. *Psychosomatic Medicine, 65* (5), 896-901.

Jason, L.A., Olson, B.D., Ferrari, J.R., & Davis, M.I. (2003-2004). Substance abuse: The need for second-order change. *International Journal of Self Help & Self Care, 2(2),* 91-109.

*Exh. C,*
*P.*

14

Majer, J.M., Jason, L.A., & Olson, B.D. (2004). Optimism, abstinence self-efficacy, and self-mastery among Oxford House residents: A comparative analysis of personal resources. *Assessment, 11, 57-63.*

Jason, L.A., Pokorny, S.B., Mikulski, K., & Schoeny, M. (2004). Assessing storefront tobacco advertising after the billboard ban. *Evaluation and the Health Professions, 27, 22-33.*

Jason, L.A., & Fries, M. (2004). Helping parents reduce children's TV viewing. *Research on Social Work Practice, 14,* 121-131.

Jason, L.A., Holbert, C., Torres-Harding, S., & Taylor, R.R. (2004). Stigma and chronic fatigue syndrome: Surveying a name change. *Journal of Disability Policy Studies, 14, 222-228.*

Carrico, A.W., Jason, L.A., Torres-Harding, S.R., & Witter, E.A. (2004). Disability in chronic fatigue syndrome and idiopathic chronic fatigue. *Review of Disability Studies: An International Journal, 1,* 79-88.

Jason, L.A., Torres-Harding, S., Williams S. (2004). A live interactive TV show on CFS. *The CIFDS Chronicle, 17, 22-23.*

Alvarez, J., Olson, B.D., Jason, L.A., Davis, M.I., & Ferrari, J.R. (2004). Heterogeneity among Latinas and Latinos in substance abuse treatment: Findings from a national database. *Journal of Substance Abuse Treatment, 26, 277-284.*

Jason, L.A., Holbert, C., Torres-Harding, S., Taylor, R.R., Le Vassuer, J.J., Breitinger, P., LaBarbera, D. & Siegel, L. (2004). Chronic fatigue syndrome versus chronic neuroendocrineimmune dysfunction syndrome: Differential attributions. *Journal of Health and Social Policy, 18, 43-55.*

Tryon, W.W., Jason, L.A., Frankenberry, E., & Torres-Harding, S. (2004). Chronic fatigue syndrome impairs circadian rhythm of activity level. *Physiology & Behavior, 82(5),* 849-53.

Ji, P. Pokorny, S., Jason, L. (2004). Factors influencing middle and high schools' active parental consent return rates. *Evaluation Review, 28 (6),* 578-591.

Jason, L.A., Corradi, K., & Torres-Harding, S. (2004). Preventive psychology in primary care settings. *The Journal of Primary Prevention, 26, 37-50.*

Jason, L.A., Torres-Harding, S.R., Jurgens, A., & Helgerson, J. (2004). Comparing the Fukuda et al. criteria and the Canadian case definition for chronic fatigue syndrome. *Journal of Chronic Fatigue Syndrome, 12,* 37-52.

Pokorny, S.B., Jason, L.A., & Shoeny, M. (2004). Current smoking among young adolescents: Assessing school-based contextual norms. *Tobacco Control, 13, 301-307.*

*Exh. C₁*
*P.*

15

Jason, L.A., Pokorny, S.B., Kunz, C., & Adams, M. (2004). Maintenance of community change: Enforcing youth access to tobacco laws. *Journal of Drug Education, 34,* 105-119.

Ferrari, J.R., Jason, L.A., Davis, M.I., Olson, B.D., & Alvarez, J. (2004). Assessing similarities and differences in governance among residential recovery programs: Self vs. staff rules and regulations. *Therapeutic Communities: The International Journal for Therapeutic and Supportive Organizations, 25, 185-198.*

McIntosh, J. M., Jason, L., Robinson, W. L., & Brzezinski, L. (2004). Multiculturalism and primary prevention : Towards a new primary prevention culture. *Journal of Primary Prevention, 25. 1-15.*

Alvarez, J., Jason, L.A., Davis, M.I., Ferrari, J.R., & Olson, B.D. (2004). Latinos and Latinas in Oxford House: Perceptions of barriers and opportunities. *Journal of Ethnicity in Substance Abuse, 3(4),* 17-32.

Jason, L.A., Helgerson, J.L., Torres-Harding, S., Fries, M., Carrico, A., & Chimata, R. (2004). A scale to measure wisdom: Socio-demographic and psychological characteristics. *The Humanistic Psychologist, 32, 284-306.*

King, C., & Jason, L.A. (2005). Improving the diagnostic criteria and procedures for chronic fatigue syndrome. *Biological Psychology. 68,* 87-106.

Jason, L.A., Corradi, K., & Torres-Harding, S. (2005). Preventive psychology in primary care settings. *The Journal of Primary Prevention, 26,* 37-50.

Pokorny, S. B., Jason, L. A., Helzing, D. M., Sherk, J., Rebus, P. J., Kunz, C., Rabin-Belyaev, O., Ostergaard, A., Mikulski, K., & Ji, P. Y. (2005). Efficient and effective uses of technology in community research. *Journal of Prevention & Intervention in the Community, 29, 7-27.*

Jason, L.A., Corradi, K., Torres-Harding, S., Taylor, R.R., & King, C. (2005). Chronic fatigue syndrome: The need for subtypes. *Neuropsychology Review, 15, 29-58.*

Torres-Harding, S.R., Latta, T.A., Njoku, M.G., & Jason, L.A. (2005). Chronic fatigue syndrome: Community psychologists confronting controversy. *The Community Psychologist, 38,* 11-13.

Danielewicz, J., Deaner, J., Garcia, R., Hsu, T., Nelson, C., Shagott, T., Alvarez, J., Davis, M., Ferrari, F., Jason, L., Majer, J., & Olson, B. (2005). Oxford House: A place to call home. *Family Therapy Magazine, 4(3),* 24-27.

16

*Exh. C,*
*P.*

Song, S., & Jason, L.A. (2005). A population-based study of chronic fatigue syndrome (CFS) experienced in differing patient groups: An effort to replicate Vercoulen et al.'s model of CFS. *Journal of Mental Health, 14, 277-289.*

Jason, L.A., Roberts, K., & Olson, B.D. (2005). Attitudes toward recovery homes and residents: Does proximity make a difference. *Journal of Community Psychology, 33, 529-535.*

Njoku, M.G., Jason, L.A., & Torres-Harding, S.R. (2005). The relationships among coping styles and fatigue in an ethnically diverse sample. *Ethnicity and Health, 10, 263-278.*

Jason, L. A., Braciszewski, J. M., Olson, B. D., & Ferrari, J. R. (2005). Increasing the number of mutual help recovery homes for substance abusers: Effects of government policy and funding assistance. *Behavior and Social Issues, 14, 71-79.*

Olson, B. D., Jason, L. A., Ferrari, J. R., & Hutcheson, T. D. (2005). Bridging professional- and mutual-help through a unifying theory of change: An application of the transtheoretical model to the mutual-help organization. *Journal of Applied and Preventative Psychology, 11,* 168-178.

Torres-Harding, S.R., Jason, L.A., & Turkoglu, O.D. (2005). Family medical history of persons with chronic fatigue syndrome. *Journal of Chronic Fatigue Syndrome, 12, 25-35.*

Jason, L.A., Danielewicz, J., & Mesina, A. (2005). Reducing media viewing: Implications for behaviorists. *Journal of Early and Intensive Behavioral Intervention, 2, 194-206.*

Curtis, C., Jason, L.A., Olson, B.D., & Ferrari, J.R. (2005). Disordered eating, trauma, and sense of community: Examining women in substance abuse recovery homes. *Women and Health, 41,* 87-100.

Davis, M. I., & Jason, L. A. (2005). Sex differences in social support and self-efficacy within a recovery community. *American Journal of Community Psychology, 36,* 259-274.

Davis, M. I., Jason, L. A., Ferrari, J. R., Olson, B. D., & Alvarez, J. (2005). A collaborative action approach to researching substance abuse recovery. *American Journal of Drug and Alcohol Abuse, 31,* 537-553.

Jason, L.A., Pekorny, S.B., Turner, P.L., Freeland, M., Corbin, S., & Driscoll, M. (2005). Decreasing public smoking among youth: A Preliminary Study. *Education & Treatment of Children, 28, 299-307.*

Exh. C,
P.

Case 7:07-cv-00061-F     Document 23-5     Filed 07/30/08     Page 34 of 42

Received Fax :    Dec 04 2006 8:03AM    Fax Station :   Stafford & Heather   PLLC

Jason, L.A., Pokorny, S.B., Muldowny, K., & Velez, M. (2005). Youth tobacco sales-to-minors and possession-use-purchase laws: A public health controversy. *Journal of Drug Education, 2005, 35, 275-290.*

Jason, L.A., Torres-Harding, S., Njoku, M.G. (2005-2006). The faces of CFS in the US. *The CIFIDS Chronicle,* 16-21.

Braciszewski, J. M., Olson, B. D., Jason, L. A., & Ferrari, J. R. (2006). The influence of policy on the differential expansion of male and female self-run recovery settings. *Journal of Prevention & Intervention in the Community, 31,* 51-62.

Brown, J. T., Davis, M. I., Jason, L. A., & Ferrari, J. R. (20006). Stress and coping: The roles of ethnicity and gender in substance abuse recovery. *Journal of Prevention & Intervention in the Community, 31,* 75-84

D'Arlach, L., Olson, B. D., Jason, L. A., & Ferrari, J. R. (2006). Children, women, and substance abuse: A look at recovery in a communal setting. *Journal of Prevention & Intervention in the Community. 31,* 121-132.

Davis, M. I., Dziekan, M. M., Horin, E. V., Jason, L. A., Ferrari, J. R., & Olson, B. D. (2006). Women leadership in Oxford House: Examining their strengths and challenges. *Journal of Prevention & Intervention in the Community, 31,* 133-143.

Davis, M. I., Olson, B. D., Jason, L. A., Alvarez, J., & Ferrari, J. R. (2006). Cultivating and maintaining effective action research partnerships: The DePaul and Oxford House collaborative. *Journal of Prevention & Intervention in the Community. 31.* 3-12.

Ferrari, J. R., Jason, L. A., Blake, R., Davis, M. I., & Olson, B. D. (2006). "This is my neighborhood": Comparing United States and Australian Oxford House neighborhoods. *Journal of Prevention & Intervention in the Community, 31,* 41-50.

Ferrari, J. R., Jason, L. A., Sasser, K. C., Davis, M. I., & Olson, B. D. (2006). Creating a home to promote recovery: The physical environments of Oxford House. *Journal of Prevention & Intervention in the Community, 31,* 27-40.

Flynn, A. M., Alvarez, J., Jason, L. A., Olson, B. D., Ferrari, J. R., & Davis, M. I. (2006). African American Oxford Houses residents: Sources of abstinent social networks. *Journal of Prevention & Intervention in the Community, 31,* 111-120.

Jason, L. A., Davis, M. I., Olson, B. D., Ferrari, J. R., & Alvarez, J. (2006). Attitudes of community members as a function of participatory research with Oxford Houses. *Journal of Prevention & Intervention in the Community, 31,* 13-26.

Kim, K. L., Davis, M. I., Jason, L. A., & Ferrari, J. R. (2006). Structural social support: Impact on adult substance use and recovery attempts. *Journal of Prevention & Intervention in the Community. 31,* 85-94.

18

Exh. C,

P.

Olson, B. D. Viola, J. J., Jason, L. A., Davis, M. I., Ferrari, J. R., & Rabin-Belyaev, O. (2006). Economic costs of Oxford House inpatient treatment and incarceration: A preliminary report. *Journal of Prevention & Intervention in the Community, 31,* 63-74.

Ponitz, J. E., Olson, B. D., Jason, L. A., Davis, M. I., Ferrari, J. R. (2006). Medical care of individuals residing in substance abuse recovery homes: An analysis of need and utilization. *Journal of Prevention and Intervention in the Community, 31,* 95-110.

Jason, L.A., Schober, D., & Sokolowski, C. (2006). Volunteering at a research center: Personal growth and opportunities. Scholarship with a mission: Externally funded research in the College of Liberal Arts and Sciences, *DePaul Liberal Arts and Sciences Projects, 2, 28-31.*

Jason, L.A., Pokorny, S.B.; Ji, P., & Kunz, C. (2006). Developing community-school-university partnerships to control youth access to tobacco. *Journal of Educational and Psychological Consultation, 16, 201-222.*

Jason, L.A., Corradi, K., Gress, S., Williams, S., & Torres-Harding, S. (2006). Causes of death among patients with chronic fatigue syndrome. *Health Care for Women International, 27,* 615-626.

Taylor, R.R., Jason, L.A., Shiraishi, Y., Schoeny, M.E., & Keller, J. (2006). Conservation of resources theory, perceived stress, and chronic fatigue syndrome: Outcomes of a consumer-driven rehabilitation program. *Rehabilitation Psychology, 51,* 157-165.

Jason, L.A. (2006). Benefits and challenges of generating community participation. *Professional Psychology: Research and Practice, 37*(2),132-139.

Jason, L.A., Pokorny, S.B., Sanem, J.R., & Adams, M.L. (2006). Monitoring and decreasing public smoking among youth. *Behavior Modification, 30, 681-692.* DOI: 10.1177/0145445505277995.

Chimata, R.L., Jason, L.A., Taylor, R.R., & Torres-Harding, S. (2006). African-American and Latinos with chronic fatigue: Examining the role of acculturation status. *North American Journal of Psychology. 8,* 547-556.

Jason, L.A., Olson, B.D., Ferrari, J.R., & Lo Sasso, A.T. (2006). Communal housing settings enhance substance abuse recovery. *American Journal of Public Health,* 96, 1727-1729.

Torres-Harding, S.R., Mason-Shutter, J., & Leonard, J. A. (in press). Fatigue Among Spanish and English Speaking Latinos. *Journal of Health and Social Policy.*

Exh. C,

P.

Case 7:07-cv-00061-F Document 23-5 Filed 07/30/08 Page 36 of 42

d'Arlach, L., Curtis, C.E., Ferrari, J.R., Olson, B.D., & Jason, L.A. (in press). 'Substance-abusing women and their children: A cost-effective treatment option. *Journal of Social Work Practice in the Addictions*.

Jordan, K.M., Jason, L.A., Mears, C.J., Katz, B.Z., Rademaker, A., Huang, C-F., Richman, J., McCready, W., Ayers, P.M., & Taylor, K.K. (in press). Prevalence of pediatric chronic fatigue syndrome in a community-based sample. *Journal of Chronic Fatigue Syndrome*.

Hawk, C., Jason, L.A., & Torres-Harding, S. (in press). Differential diagnosis of chronic fatigue syndrome and major depressive disorder. *International Journal of Behavioral Medicine*.

Hawk, C., Jason, L.A., & Torres-Harding, S. (in press). Reliability of a chronic fatigue syndrome questionnaire. *Journal of Chronic Fatigue Syndrome*.

Jason, L.A., Bell, D.S., Rowe, K., Van Hoof, E.L.S., Jordan, K., Lapp, C., Gurwitt, A., Miike, T., Torres-Harding, S., De Meirleir, K. & IACFS (in press). A pediatric case definition for ME/CFS. *Journal of Chronic Fatigue Syndrome*.

Groh, D. R., Jason, L. A., Davis, M. I., Olson, B. D., & Ferrari, J. R. (in press). Friends, family, and alcohol abuse: An examination of general and alcohol-specific social support. *The American Journal on Addictions*.

Pokorny, S. B., Jason, L. A., & Schoeny, M. (in press). Youth supplying tobacco to other minors: Evaluating individual and town-level correlates. *Journal of Youth and Adolescence*.

Pokorny, S.B., Corbin, S., Driscoll, M., & Jason, L.A. (in press). The effect of enforcement history and ordinance provisions on merchant compliance with tobacco-control laws. *Journal of Social Work Practice in the Addictions*.

Jason, L.A., Pokorny, S.B., Patka, M., Adams, M., & Morello, T. (in press). Ranking institutional settings based on publications in community psychology journals. *Journal of Community Psychology*.

Alvarez, J., Adebanjo, A.M., Davidson, M.K., Jason, L.A., & Davis, M.I. (in press). Oxford House: Deaf-affirmative support for substance abuse recovery. *American Annals of the Deaf*, in press.

Jason, L.A., Ferrari, J.R., Freeland, M., Danielewicz, J., & Olson, B.D. (in press). Observing organizational and interaction behaviors among mutual-help recovery home members. *International Journal of Self Help & Self Care*.

*Exh. C,*
*P.*

20

Torres-Harding, S.R., Jordan, K., Jason, L.A.,& Arias, R. (in press). Psychosocial and physical impact of chronic fatigue in a community-based sample of children and adolescents. *Journal of Chronic Fatigue Syndrome.*

Williams, T.T., Jason, L.A., & Pokorny, S.B. (in press). Youth attitudes towards tobacco control laws: The effects of smoking status and grade in school. *Journal of Child & Adolescent Substance Abuse.*

Jason, L.A., Davis, M.I., Joseph R. Ferrari, J.R., Anderson, E. (In press). The need for substance abuse after-care: Longitudinal analysis of Oxford House. *Addictive Behaviors.*

Alvarez, J., Jason, L.A., Flynn, A., Davis, M.I., Olson, B.D., Ferrari, J.R., & Rosenberg, S. (in press). The psychometric properties of the Multigroup Ethnic Identify Scale among individuals recovering from substance abuse. *Substance Use and Misuse.*

Njoku, M.G.C., Jason, L.A., & Torres-Harding, S.R.. (in press). The prevalence of chronic fatigue syndrome in Nigeria. *Journal of Health Psychology.*

**Chapters:**

Tuchfarber, E.S., Zins, J.E., & Jason, L.A. (1997). Prevention and control of injuries. In R.P. Weissburg, T.P. Gullotta, Hampton, R.L., Ryan, B.A., & Adams, G.R.(Eds.), *Enhancing children's wellness.* Thousand Oaks, CA: Sage.

Bogat, G. A., & Jason, L. A. (1997). Interventions in the school and community. In R.T. Ammerman & M Hersen (Eds.) *Handbook of prevention and treatment with children and adolescents: Intervention in the real world context.* (Pp. 134-154). New York: John Wiley & Sons.

Jason, L.A., Jahn, S.C., & Miller, M. (1999). New models of Self-help: Using the Media. In Eisenberg, D. (Ed.), *Insiders"Guide to Self-help Groups in Illinois.* (Pp. 42). Illinois Self-Help Coalition: Chicago, Il.

Jason, L.A., Hanaway, L., & Brackshaw, E.A. (1999). Violent behavior and the media. In T.P. Gullotta & S.J. McElhaney (Ed.) *Voices in homes and communities.* (pp. 133-156). Washington, D.C.: National Mental Health Association.

Jason, L.A., Jahn, S.C., & Miller, M. (2000). Ethical dilemmas with the media. In L. VandeCreek. (Ed.), *Innovations in Clinical Practice.* (pp. 247-255). Professional Resource Press: Sarasota, Fl.

Bogat, G. A., & Jason, L. A. (2000). Towards an integration of behaviorism and community psychology: Dogs bark at those they do not recognize. In J. Rappaport & E. Seidman (Eds ), *Handbook of community psychology.* (pp. 101-114). New York: Plenum Press.

21

Exh C,
P.

Jason, L.A., & Taylor, R.R. (2000). Forward. In P. Munson (Ed.). *Stricken. Voices from the hidden epidemic of chronic fatigue syndrome.*  (pp. xvii-xxii). New York: The Haworth Press.

Van der Eb, C W. & Jason, L.A. (2001). Chronic fatigue syndrome: Assessing symptoms and activity levels for treatment planning.  *Directions in clinical and counseling psychology.* (pp. 125-135). Long Island City, NY: Hatherleigh Co., Ltd.

Jason, L.A. (2001). Variations in the appropriateness of health care delivery: An ecological model. In H. Zollner (Ed.), *Appropriateness in health care services.* From the WHO-workshop in Jakobsberg, Germany, March 23-25, 2000. Nomos Verlagsgesellschaft, Baden-Baden, Germany.

Pokorny, S.B., Jason, L.A., Schoeny, M., Curie, C.J., & Townsend, S.M. (2002). Accurately estimating age: Implications for controlling youth access to tobacco. In S.P. Shohov (Ed.), *Advances in Psychology Research*  (pp. 129-133). New York: Nova Science Publishers. Also published in J.Z. Arisdale (Ed.). (2003). *Trends in Social Psychology Research* (pp. 153-158). New York: Nova Science Publishers.

Ferrari, J.R., Jason, L.A., Olson, B.D., Davis, M.I., & Alvarez, J. (2002). Sense of community among Oxford House residents recovering from substance abuse: Making a house a home. In. A. Fischer (Ed) *Psychological Sense of Community.*(pp. 109-122). New York: Kluger/Plenum, Inc.

Jason, L.A., Taylor, R.R., & Richman, J.A. (2002). The role of science and advocacy regarding a chronic health condition: The case of chronic fatigue syndrome. In V. Ottati, R.S. Tindale, J. Edwards, F.B. Bryant, L. Heath, D.C. O'Connell, Y. Suarez-Balcazar, & E.J. Posavac (Eds.). *Social Psychological Applications to Social Issues: The Social Psychology of Politics.* Vol. 5. (pp. 157-172). New York: Kluwer Academic/Plenum Publishers.

Jason, L.A., & Glenwick, D.S. (2002). Introduction: An overview of preventive and ecological perspectives.  In L.A. Jason & D.S. Glenwick (Editors)(2002). *Innovative strategies for promoting health and mental health across the lifespan.* (pp. 3-16). New York, N.Y.: Springer Publishing.

Minden, J.A., & Jason, L.A. (2002). Preventing chronic health problems. In L.A. Jason & D.S. Glenwick (Editors)(2002). *Innovative strategies for promoting health and mental health across the lifespan.* (pp. 227-243). New York, N.Y.: Springer Publishing.

Jason, L.A., & Moritsugu, J. (2003). The role of religion and spirituality in community building. In K. H. Dockett, G.R. Dudley-Grant, & C.P. Bankart (Eds.). *Psychology and Buddhism: From individual to global community.* (pp. 197-214). New York: Kluwer Academic/Plenum.

Exh. C₁
P.

22

Jason, L.A., & Taylor, R.R. (2003). Chronic fatigue syndrome. In A. M. Nezu, C. M. Nezu, & P.A. Geller (Eds.), *Handbook of Psychology, Volume 9: Health Psychology.* (pp. 365-391). Wiley: New York.

Jason, L.A., Donalek, J., Torres-Harding, S., & Schlotman, E. (2003). Chronic Fatigue Syndrome. In J. Ciment (Ed.). *Social issues : An encyclopedia of controversies, history, and debates.* Santa Barbara, CA. : East River Books.

Torres-Harding, S. & Jason, L.A. (2003). What is fatigue : History and epidemiology. In J. DeLuca (Ed.). *Fatigue as a window to the brain.* Boston, MA : MIT Press.

Taylor, R.R., Jason, L.A., Richman, J.A., Torres-Harding, S.R., King, C., & Song, S. (2003). Epidemiology. In L.A. Jason, P. Fennell, & R.R. Taylor (Eds.). *Handbook of chronic fatigue syndrome.* (pp. 3-25). New York, N.Y.: John Wiley & Sons, Inc.

Jason, L.A. & Taylor, R.R. (2003). Community-based interventions. In L.A. Jason, P. Fennell, & R.R. Taylor (Eds.). *Handbook of chronic fatigue syndrome.* (pp. 726-753). New York, N.Y.: John Wiley & Sons, Inc.

Jason, L.A., & Sanchez, B. (2004). Community psychology: Prevention and intervention. In W. E. Craighead & C. Nemeroff (Eds.). *Concise encyclopedia of psychology and neuroscience.* (pp. 196-197). N.Y.: John Wiley & Sons.

Jason, L.A., Torres-Harding, S., & Fries, M. (2004). Chronic fatigue syndrome: Psychosocial aspects. In N.Anderson & I. Kawachi (Eds.) *The encyclopedia of health and behavior.* (pp. 176-179). N.Y.: Sage.

Taylor, R.R., Jason, L.A., Keys, C.B., Suarez-Balcazar, Y., Davis, M.I. Durlak, J.A., Isenberg, D.H (2004). Introduction. Capturing theory and methodology in participatory research. In L.A. Jason, C.B. Keys, Y. Suarez-Balcazar, R.R. Taylor, M.I. Davis, J.A. Durlak, & D.H. Isenberg (Eds.). *Participatory community research: Theories and methods in action.* (pp. 3-14). American Psychological Association: Washington, D.C.

Riger, S., Reyes, O., Watts, R.W., Kelly, J.G., Shinn, M., Cherniss, C., Jason, L.A., & Trickett, E. (2004). Faculty deconstructs participatory research. In L.A. Jason, C.B. Keys, Y. Suarez-Balcazar, R.R. Taylor, M.I. Davis, J.A. Durlak, & D.H. Isenberg (Eds.). *Participatory community research: Theories and methods in action.* (pp. 233-238). American Psychological Association: Washington, D.C.

Jason, L.A., Davis, M.I., Suarez-Balcazar, Y., Keys, C.B., Taylor, R.R., Isenberg, D.H., & Durlak, J.A., (2004). Conclusion. In L.A. Jason, C.B. Keys, Y. Suarez-Balcazar, R.R. Taylor, M.I. Davis, J.A. Durlak, & D.H. Isenberg (Eds.). *Participatory community research: Theories and methods in action.* (pp. 241-245). American Psychological Association: Washington, D.C.

Exh. C,
P.

23

Torres-Harding, S., & Jason, L.A. (2005). What is fatigue? History and epidemiology. In J. DeLuca (Ed.). *Fatigue as a window to the brain.* The MIT Press: Cambridge, Mass.

Jason, L.A., & O'Donnell Jr., W.T. (2007). Behavioral interventions to reduce youth exposure to unhealthful media. In *Best Practices for Behavioral Management of Chronic Disease. Volume 3.* Institute for Disease Management, Menlo Park, CA.

Jason, L.A., & Kim, K.L. (2007). Sex, guns, and rock 'n' roll: The influence of media in children's lives. Commissioned by Kathleen Kovner Kline (Ed.). *Authoritative Communities: The Scientific Case for Nurturing Children in Body, Mind, and Spirit.* Springer: N.Y.

Corradi, K.M., Jason, L.A., & Torres-Harding, S.R., (2006). Exploratory subgrouping in CFS: Infectious, inflammatory, and other. In A. Columbus (Ed.), *Advances in Psychology Research.* (pp. 115-127). Hauppauge, N. Y.: Nova Science Publishers.

*Jason, L.A., Lepp, C., Kenney, K.K., & Lupton, T. (in press).* An innovative approach in training health care workers to diagnose and manage patients with CFS. In *Advances in Psychology Research.* Hauppauge, N. Y.: Nova Science Publishers.

Books:

Jason, L.A., & Hanaway, E.K. (1997). *Remote control: A sensible approach to kids, TV, and the new electronic media.* Sarasota, Fl.: Professional Resource Press.

Jason, L.A. (1997). *Community building: Values for a sustainable future.* Westport, CT: Praeger.

Friedberg, F., & Jason, L.A. (1998). *Understanding chronic fatigue syndrome: An empirical guide to assessment and treatment.* Washington, D.C.: American Psychological Association.

Taylor, R.R., Friedberg, F., & Jason, L.A. (2001). *A clinician's guide to controversial illnesses: Chronic fatigue syndrome, Fibromyalgia, and Multiple Chemical Sensitivities.* Sarasota, Fl.: Professional Resource Press.

Jason, L.A., & Glenwick, D.S. (Eds.)(2002). *Innovative strategies for promoting health and mental health across the lifespan.* New York, N.Y.: Springer Publishing.

Jason, L.A., & Pokorny, S.B. (Eds.)(2002). *Preventing youth access to tobacco.* New York: Haworth.

Jason, L.A., Fennell, P., Taylor, R.R. (Eds.)(2003). *Handbook of chronic fatigue syndrome.* New York, N.Y.: John Wiley & Sons, Inc.

Exh. C)
P.

24.

Jason, L.A., Keys, C.B., Suarez-Balcazar, Y., Taylor, R.R., Davis, M., Durlak, J., Isenberg, D. (2004). (Eds.). *Participatory community research: Theories and methods in action.* American Psychological Association: Washington, D.C.

Jason, L.A., & Perdoux, M. (2004). *Havens: True stories of community healing.* Westport, CT: Praeger Publishers.

Jason, L.A., Ferrari, J.R., Davis, M.I., & Olson, B.D. (2006). *Creating Communities for Addiction Recovery: The Oxford House Model.* New York: Haworth.

**Other cases I have done in the last 4 years: None**

*Exh. C,*
*P.*

25