AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| OXFORD HOUSE, INC., and HAROLD LAING, )<br>    Plaintiffs    )<br>                            )<br>v.                             )<br>                            )<br>CITY OF WILMINGTON, NORTH CAROLINA, )<br>    Defendant.    ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 7:07-CV-61-F |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the City of Wilmington's Motion for Summary Judgment is ALLOWED and Oxford House's Motion for Summary Judgment is DENIED. The Clerk of Court is DIRECTED to enter judgment in favor of the City of Wilmington and remove this matter from the court's trial and pretrial calendars. The City's Motion to Continue is DENIED as moot.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 28, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Dolores M. Williams (via CM/ECF Notice of Electronic Filing)
Gregory Alan Heafner (via CM/ECF Notice of Electronic Filing)
Scott P. Moore (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| October 28, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |

Page 1 of 1
Case 7:07-cv-00061-F   Document 79   Filed 10/28/10   Page 1 of 1